## HIGHER ED. ASSISTANCE CORP. v. ANDREWS

No. 142 PC.

Case below: 33 N.C. App. 240.

Petition by defendant for discretionary review under G.S. 7A-31 denied 13 June 1977.

## IN RE COX

No. 131 PC.

Case below: 32 N.C. App. 765.

Petition by executor for discretionary review under G.S. 7A-31 denied 13 June 1977.

## IN RE JOHNSON

No. 126 PC.

Case below: 32 N.C. App. 704.

Petition by caveator for discretionary review under G.S. 7A-31 denied 13 June 1977.

## INSURANCE CO. v. INGRAM, COMR. OF INSURANCE

No. 103 PC.

Case below: 32 N.C. App. 552.

Petition by defendant for discretionary review under G.S. 7A-31 denied 13 June 1977.

## INVESTORS, INC. v. BERRY

No. 117 PC.

Case below: 32 N.C. App. 642.

Petition by plaintiff for discretionary review under G.S. 7A-31 allowed 13 June 1977.